UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

CASE NO.: 3:24-cv-00361

NATURE PICTURE LIBRARY LIMITED,

        Plaintiff,

v.

BEAVER BROOK ANIMAL HOSPITAL LLC,

        Defendant,

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff NATURE PICTURE LIBRARY LIMITED by and through its undersigned counsel, brings this Complaint against Defendant BEAVER BROOK ANIMAL HOSPITAL LLC for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff NATURE PICTURE LIBRARY LIMITED ("NPL") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute NPL's original copyrighted Work of authorship.

2. NPL is the world's best specialist source of nature photography. Their catalogue of carefully curated stills and video covering all areas of the natural world and all corners of the globe connects their clients to world class nature and wildlife photographers. NPL sponsors or represents a number of major projects focusing on the role photography can play in nature conservation, including SCOTLAND: The Big Picture, Wild Wonders of China, 2020VISION, Meet Your Neighbours and the Wild Wonders of Europe.

3. Defendant BEAVER BROOK ANIMAL HOSPITAL LLC ("BBAH") is a Veterinary Hospital in Wethersfield, Connecticut.  At all times relevant herein, BBAH owned and operated the internet website located at the URL https://beaverbrookah.com/ (the "Website").

4. NPL alleges that Defendant copied NPL's copyrighted Work from the internet in order to advertise, market and promote its business activities.  BBAH committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the BBAH's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Connecticut.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, BBAH engaged in infringement in this district, BBAH resides in this district, and BBAH is subject to personal jurisdiction in this district.

## DEFENDANT

9. Beaver Brook Animal Hospital LLC is a Connecticut Limited Liability Company, with its principal place of business at 434 Silas Deane Highway, Wethersfield, CT, 06109, and can be served by serving its Registered Agent, INCORPORATING SERVICES, LTD., 434 Silas Deane Hwy, Wethersfield, CT 06109-2104

## THE COPYRIGHTED WORK AT ISSUE

10. In 2011, Jennifer Burton created the photograph entitled "1341417," which is shown below and referred to herein as the "Work".



11. The Work was registered with the Register of Copyrights on October 15, 2019, and was assigned registration number VA 2-173-999, to Burton as the Author and Warren Photographic and Kim Davis ("Davis") as the Claimaints. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. Burton's Work is protected by copyright but was not otherwise confidential, proprietary, or trade secrets.

13. Burton, Davis and Warren Photography, in or around 2006, entered into an agency agreement with NPL, wherein NPL was granted the exclusive rights in Burton's past and future works submitted to NPL, including the Work at issue.

14. Prior to the date of infringement, and all times relevant time herein, NPL owned the exclusive distribution, licensing and enforcements rights in the Work.

## INFRINGEMENT BY BBAH

15. BBAH has never been licensed to use the Work at issue in this action for any purpose.

16. On a date after the Work at issue in this action was created, but prior to the filing of this action, BBAH copied the Work.

17. On or about March 15, 2021, NPL discovered the unauthorized use of its Work on the Website. The Work was used on the BBAH Website above the "Puppy Plan Contract" link.

18. BBAH copied NPL's copyrighted Work without NPL's permission.

19. After BBAH copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its regular business activities.

20. BBAH copied and distributed NPL's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

21. NPL's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

22. BBAH committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

23. NPL never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

24. NPL notified BBAH of the allegations set forth herein on January 09, 2023 and January 25, 2023. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

25. NPL incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

26. NPL owns a valid copyright in the Work at issue in this case.

27. NPL registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

28. BBAH copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without NPL's authorization in violation of 17 U.S.C. § 501.

29. BBAH performed the acts alleged in the course and scope of its business activities.

30. Defendant's acts were willful.

31. NPL has been damaged.

32. The harm caused to NPL has been irreparable.

WHEREFORE, the Plaintiff NATURE PICTURE LIBRARY LIMITED prays for judgment against the Defendant BEAVER BROOK ANIMAL HOSPITAL LLC that:

      a.      BBAH and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

      b.      BBAH be required to pay NPL its actual damages and Defendant's profits attributable to the infringement, or, at NPL's election, statutory damages, as provided in 17 U.S.C. § 504

      c.      NPL be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

      d.      NPL be awarded pre- and post-judgment interest; and

      e.      NPL be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

NPL hereby demands a trial by jury of all issues so triable.

DATED: March 15, 2024                Respectfully submitted,

*/s/ Joseph A. Dunne*
JOSEPH A. DUNNE
joseph.dunne@sriplaw.com

**SRIPLAW, P.A.**
175 Pearl Street
Third Floor
Brooklyn, NY 11201
929.200.8446 - Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Nature Picture Library Limited*